In the Matter of the Application for the Construction of the Will of JOHN B. MANNING, Deceased.

JOSEPH B. MEADE et al., as Executors, et al., Appellants; AGNES M. BANON, Respondent.

*Will — construction — intent of testator in using term " West Virginia State Bonds."*

*Matter of Manning (Will),* 196 App. Div. 575, affirmed.

(Argued October 11, 1921; decided October 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1921, which modified and affirmed as modified a decree of the New York County Surrogate's Court construing the will of John B. Manning deceased. The question on appeal was as to the meaning and intent of the testator in using the term " West Virginia State Bonds " in a certain paragraph of his will, no West Virginia state bonds having been found among his effects, but instead certain certificates issued by the state of Virginia and entitled " West Virginia Certificates " purporting to represent West Virginia's share of the pre-war debt of the old state of Virginia, liability for which was at the time in litigation.

*Ellis L. Aldrich* for executors, appellants.

*Frederick Collin* and *Daniel J. Mooney* for Robert M. McKeon et al., appellants.

*Eliot Tuckerman* for Rita Manning, appellant.

*Herman Aaron* for respondent.

Order affirmed, with costs to respondents payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.